UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNEY RAMEY, | ) | 1:98-CV-06047 OWW HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| v. | ) | [Doc. #90] |
| | ) | |
| G. LEWIS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 16, 2003, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed with prejudice and judgment be entered. On September 4, 2003, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment the next day. Petitioner appealed the judgment to the Ninth Circuit Court of Appeals. On September 6, 2006, the Ninth Circuit affirmed the judgment.

Nearly three years later, on July 7, 2009, Petitioner filed a motion for rehearing in the Ninth Circuit. The motion was denied as untimely. Then on July 22, 2009, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Rule 60(b) of the Federal Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Petitioner fails to meet this standard. Just as the Ninth Circuit determined Petitioner's motion for rehearing was untimely, so does this Court find his motion for reconsideration. Petitioner's arguments present no basis for relief.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

Dated:  February 2, 2010            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE