# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY, ) | 1:98-CV-06047 OWW HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S |
| ) | MOTION FOR RECONSIDERATION |
| v. ) | |
| ) | [Doc. #93] |
| G. LEWIS, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 16, 2003, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be dismissed with prejudice and judgment be entered. On September 4, 2003, the undersigned adopted the Findings and Recommendation in full, dismissed the case, and directed that judgment be entered. The Clerk of Court entered judgment the next day. Petitioner appealed the judgment to the Ninth Circuit Court of Appeals. On September 6, 2006, the Ninth Circuit affirmed the judgment.

Nearly three years later, on July 7, 2009, Petitioner filed a motion for rehearing in the Ninth Circuit. The motion was denied as untimely. On July 22, 2009, Petitioner filed a motion for reconsideration in this Court pursuant to Federal Rules of Civil Procedure § 60(b). The motion was

denied by the undersigned on February 3, 2010. Petitioner was informed that his motion was untimely and his arguments presented no basis for relief under Rule 60(b).

On February 10, 2010, Petitioner filed another pleading, this one entitled "Notification of Filing a Writ of Mandate, Mandanus [sic], Extraodinary [sic] Writ for the Violation of Federal Rights, Constitutional, Statutory and Supreme Court Precedent Case Law Standard in the Denial of First Time Filing Under 28 U.S.C. § 2254(a) Writ of Habeas Corpus Petition." Petitioner again askes for relief from judgment pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. For the final time, Petitioner is informed that his case is closed. The Court dismissed his petition with prejudice on September 4, 2003. This Court and the Ninth Circuit Court of Appeals have considered and denied his requests for rehearing and relief from judgment. There are no additional avenues of relief available to Petitioner in this Court to relitigate his challenges to his underlying conviction. Therefore, the instant motion will be denied and the attached documentation will be returned to Petitioner. Petitioner is informed that no further pleadings will be accepted in this case.

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's motion for relief from judgment [Doc. 93] is DENIED;

2) The Clerk of Court is DIRECTED to return to Petitioner the various documents and copies attached to his motion.

IT IS SO ORDERED.

**Dated:     February 17, 2010**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE